## UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## WESTERN DISTRICT OF NORTH CAROLINA

Frank G. Johns
*Clerk*

Telephone - (704) 350-7400
FAX -         (704) 344-6703

Terry Leitner
*Chief Deputy*

September 8, 2009

Clerk of Court
U.S. Bankruptcy Court
Middle Dist. of FL-Orlando Division
Fairwinds Bldg.
135 W. Central Bldg.
Orlando, FL 32801

**Re:** Transfer of Case
**U.S. District Court WDNC Case No:** 1:09cv196
**Case Title:** IN RE: LR Buffalo Creek, LLC   /   Herschel Allen, et al. -vs- Land Resource Group of North Carolina, LLC, et al.

Dear Clerk:

Pursuant to an Order filed July 30, 2009, the above referenced case has been transferred to your court. Enclosed herewith are certified copies of the transferring document and case docket.

Since our court is currently processing cases electronically on the CM-ECF application, we no longer have paper files to transmit. Our official court file is our electronic case file which can be accessed through the U.S. Party/Case Index for downloading the electronic documents. If you do not have access to this index, you can access it through the link located on our intranet court website. Any documents unavailable in electronic format will be forwarded conventionally to your court upon your request.

If you need assistance, you may call this court's help desk at 1-866-851-1605.

Sincerely,

Elizabeth J. Barton

Deputy Clerk

enc.