[30132] [Adversary Order of Dismissal]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                             Case No. 6-08-bk-10159
                                                   Chapter 7
Land Resources, LLC et al


_____Debtor(s)_____/
                                                   Adv. No. 6:09-ap-00902-JAF


Herschel Allen, et al.
_____Plaintiff(s)_____/
vs.


Land Resource Group of North Carolina, LLC, et al

cross claimant
LR Buffalo Creek, LLC
Leigh R. Meininger
_____Defendant(s)_____/


### ORDER OF DISMISSAL


On April 11, 2011 and July 7, 2011, the Court notified interested parties of its intent to dismiss this proceeding for want of prosecution and gave the parties time to object. A timely objection has not been filed. This proceeding is dismissed without prejudice for want of prosecution.


DATED on August 4, 2011.

                                                   Jerry A. Funk
                                                   United States Bankruptcy Judge


Copies furnished to:
Plaintiff's Attorney
Defendant's Attorney